Harry A. KAUFMANN and Florence Kaufmann, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10725.

United States Court of Appeals
Sixth Circuit.
Feb. 15, 1949.

Berry, Stevens, Barbier & Evely, of Detroit, Mich., for petitioner.

Theron L. Caudle, Charles Oliphant, J. W. Smith, Ellis N. Slack, and Morton K. Rothschild, all of Washington, D. C., for respondent.

Before ALLEN, MARTIN, and MILLER, Circuit Judges.

PER CURIAM.

This cause having been duly considered on the record in the case, the oral argu-ments and briefs of attorneys for the contending parties, the findings of fact which are supported by the evidence, and the opinion of the Tax Court, 9 T.C. 435, wherein the opinion of this court in Frazer v. Commissioner of Internal Revenue, 157 F.2d 282, is followed and the opinion of this court in Commissioner of Internal Revenue v. Alldis' Estate, 140 F.2d 885, is clearly distinguished; and it appearing that the decision of the Tax Court is correct, the same is accordingly affirmed.

LATIN QUARTER RESTAURANT, Inc., and Grand Terrace, Inc., Appellants, v. Paul A. PORTER, Administrator, etc., Appellee.

No. 10221.

United States Court of Appeals
Sixth Circuit.
Feb. 17, 1949.

Jos. B. Beckenstein, Harry N. Grossman and Meyer R. Rubin, all of Detroit, Mich., for appellants.

Theron M. Hall and C. Walter Healy, both of Detroit, Mich., for appellee.

Before HICKS, Chief Judge, and SIMONS, ALLEN, MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

It appearing to the court that no steps have been taken in this case since October 8, 1946, it is now ordered that this case be and the same is dismissed with leave to reinstate for good cause shown.